```
                 UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF FLORIDA
                      PANAMA CITY DIVISION

IN RE:                                 )
                                       )
GEORGE WASHINGTON CLARK, III           )    CASE NO.  10-50111-LMK
                                       )    CHAPTER 7
      Debtor.                          )
_____)
```

## MOTION TO DEFER PAYMENT OF FILING FEES

JOHN E. VENN, JR., Trustee, by his undersigned attorney, hereby files his Motion to Defer Payment of Filing Fees and as grounds therefore will show:

1.  It is necessary to file a motion to reopen the case to administer assets which were received after the petition was filed and which are property of the estate.

2.  At the present time there are no funds in the estate with which to pay the filing fees to reopen the case.

WHEREFORE, Trustee prays that the payment of the filing fees be deferred and for such other and further relief as is just and proper.

```
                                    /s/ John E. Venn, Jr.
                                    JOHN E. VENN, JR.
                                    FL Bar No. 184992
                                    220 W. Garden St.
                                    Suite 603
                                    Pensacola, FL 32502
                                    (850) 438-0005
                                    Johnevennjrpa@aol.com
```