```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                        PANAMA CITY DIVISION
```

IN RE:                                )
                                      )
GEORGE WASHINGTON CLARK, III          )    CASE NO.  10-50111-LMK
                                      )       CHAPTER 7
     Debtor.                          )
_____)

### TRUSTEE'S MOTION TO REOPEN CASE

JOHN E. VENN, JR., Trustee, hereby files this Motion to Reopen the Case pursuant to Section 350 of the Bankruptcy Code and as grounds therefore will show:

1. On or about July 20, 2010, this Court entered its Order closing the above-referenced case.

2. Since that time, the Trustee has discovered potential assets which may be property of the estate and which may result in an additional dividend to creditors.

3. The Trustee needs to reopen the case to administer the assets.

WHEREFORE, the Trustee prays that the above-styled case be reopened and for such other and further relief as is just and proper.

```
                              /s/ John E. Venn, Jr.
                              JOHN E. VENN, JR.
                              FL Bar No. 184992
                              220 W. Garden St., #603
                              Pensacola, FL 32502
                              (850) 438-0005
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion to Reopen Case was furnished to GEORGE WASHINGTON CLARK, III, P. O. Box 1787, Lithia Springs, GA 30122, MARTIN LEWIS, 1100 N. Palafox St., Pensacola, FL 32501 and CHARLES EDWARDS, 110 E. Park Ave., Ste. 128, Tallahassee, FL 32301, by electronic and/or regular U.S. Mail, this 17th day of October, 2011.

/s/ John E. Venn, Jr.
JOHN E. VENN, JR.